

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# FILED

MAR 20 2026



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

Docket Number:        26-1689
Originating Case Number:   2:25-cv-00814-BJR

Short Title:        City of Bothell, et al. v. Turner, et al.

Dear Appellant/Counsel

The United States Court of Appeals for the Ninth Circuit has received a copy of your notice of appeal and assigned the docket number above to your case.

Please include this docket number on every filing you submit and in any communication you have with the court about this case.  If you are ordering any transcript from the lower court, please give the docket number to the court reporter right away.

Motions filed with the notice of appeal are not transferred to this court. You need to separately file on this court's docket any motion that seeks relief from this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case with an organizational victim; or (4) involves review of state court proceedings. *See* Ninth Circuit Rule 26-1.1.

**Failure to timely file the opening brief may also result in your case being dismissed.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

Docket Number:          26-1689
Originating Case Number:   2:25-cv-00814-BJR

Case Title:                 City of Bothell, et al. v. Turner, et al.

**3/25/2026**

| | |
|---|---|
| Federal Transit Administration | Mediation Questionnaire due |
| Robert F. Kennedy, Jr. | Mediation Questionnaire due |
| United States Department of Transportation | Mediation Questionnaire due |
| Scott Turner | Mediation Questionnaire due |
| Drew Feeley | Mediation Questionnaire due |
| Federal Railroad Administration | Mediation Questionnaire due |
| Bryan Bedford | Mediation Questionnaire due |
| Gloria M Shepherd | Mediation Questionnaire due |
| Marcus Molinaro | Mediation Questionnaire due |
| United States Department of Housing and Urban Development | Mediation Questionnaire due |
| United States Federal Highway Administration | Mediation Questionnaire due |
| Sean Duffy | Mediation Questionnaire due |
| Federal Aviation Administration | Mediation Questionnaire due |

**4/17/2026**

| | |
|---|---|
| United States Department of Housing and Urban Development | Preliminary Injunction Opening Brief Due |
| Bryan Bedford | Preliminary Injunction Opening Brief Due |
| Federal Transit Administration | Preliminary Injunction Opening Brief Due |
| Gloria M Shepherd | Preliminary Injunction Opening Brief Due |
| Robert F. Kennedy, Jr. | Preliminary Injunction Opening Brief Due |
| Drew Feeley | Preliminary Injunction Opening Brief Due |
| Federal Railroad Administration | Preliminary Injunction Opening Brief Due |
| Scott Turner | Preliminary Injunction Opening Brief Due |
| Sean Duffy | Preliminary Injunction Opening Brief Due |
| Federal Aviation Administration | Preliminary Injunction Opening Brief Due |
| United States Department of Transportation | Preliminary Injunction Opening Brief Due |
| United States Federal Highway Administration | Preliminary Injunction Opening Brief Due |
| Marcus Molinaro | Preliminary Injunction Opening Brief Due |

**5/15/2026**

| | |
|---|---|
| County of King | Preliminary Injunction Answering Brief Due |
| County of Santa Clara | Preliminary Injunction Answering Brief Due |
| City of Bellevue | Preliminary Injunction Answering Brief Due |
| City of Bend | Preliminary Injunction Answering Brief Due |
| Intercity Transit | Preliminary Injunction Answering Brief Due |
| City of Boston | Preliminary Injunction Answering Brief Due |
| Puget Sound Regional Council | Preliminary Injunction Answering Brief Due |
| City of Minneapolis | Preliminary Injunction Answering Brief Due |
| City of Petaluma | Preliminary Injunction Answering Brief Due |

| | |
|---|---|
| City of Albuquerque | Preliminary Injunction Answering Brief Due |
| City of Pittsburgh | Preliminary Injunction Answering Brief Due |
| Central Puget Sound Regional Transit Authority | Preliminary Injunction Answering Brief Due |
| City of Bothell | Preliminary Injunction Answering Brief Due |
| County of Sonoma | Preliminary Injunction Answering Brief Due |
| Port of Seattle | Preliminary Injunction Answering Brief Due |
| County of Thurston | Preliminary Injunction Answering Brief Due |
| City of Santa Monica | Preliminary Injunction Answering Brief Due |
| City of Healdsburg | Preliminary Injunction Answering Brief Due |
| Sonoma County Community Development Commission | Preliminary Injunction Answering Brief Due |
| City of Chicago | Preliminary Injunction Answering Brief Due |
| City of Bellingham | Preliminary Injunction Answering Brief Due |
| City of Spokane | Preliminary Injunction Answering Brief Due |
| City of Santa Fe | Preliminary Injunction Answering Brief Due |
| City of Milwaukee | Preliminary Injunction Answering Brief Due |
| City of Cincinnati | Preliminary Injunction Answering Brief Due |
| County of Snohomish | Preliminary Injunction Answering Brief Due |
| County of Multnomah | Preliminary Injunction Answering Brief Due |

| | |
|---|---|
| County of Allegheny | Preliminary Injunction Answering Brief Due |
| Santa Monica Housing Authority | Preliminary Injunction Answering Brief Due |
| City of Albany | Preliminary Injunction Answering Brief Due |
| County of Alameda | Preliminary Injunction Answering Brief Due |
| County of San Mateo | Preliminary Injunction Answering Brief Due |
| City of Oakland | Preliminary Injunction Answering Brief Due |
| Treasure Island Mobility Management Agency | Preliminary Injunction Answering Brief Due |
| City of New Haven | Preliminary Injunction Answering Brief Due |
| King County Regional Homelessness Authority | Preliminary Injunction Answering Brief Due |
| City of Watsonville | Preliminary Injunction Answering Brief Due |
| County of Delaware | Preliminary Injunction Answering Brief Due |
| County of Pima | Preliminary Injunction Answering Brief Due |
| County of Milwaukee | Preliminary Injunction Answering Brief Due |
| City of Pacifica | Preliminary Injunction Answering Brief Due |
| Los Angeles Homeless Services Authority | Preliminary Injunction Answering Brief Due |
| City of Pasadena | Preliminary Injunction Answering Brief Due |
| City of Columbus | Preliminary Injunction Answering Brief Due |
| City of Santa Rosa | Preliminary Injunction Answering Brief Due |

| | |
|---|---|
| County of Ramsey | Preliminary Injunction Answering Brief Due |
| County of Hennepin | Preliminary Injunction Answering Brief Due |
| San Francisco County Transportation Authority | Preliminary Injunction Answering Brief Due |
| Mayor and City Council of Baltimore | Preliminary Injunction Answering Brief Due |
| City of Rochester | Preliminary Injunction Answering Brief Due |
| County of Davidson | Preliminary Injunction Answering Brief Due |
| City of Berkeley | Preliminary Injunction Answering Brief Due |
| Sonoma County Transportation Authority | Preliminary Injunction Answering Brief Due |
| City and County of Denver | Preliminary Injunction Answering Brief Due |
| City of Los Angeles | Preliminary Injunction Answering Brief Due |
| City of Palo Alto | Preliminary Injunction Answering Brief Due |
| City of Port Angeles | Preliminary Injunction Answering Brief Due |
| City of Bremerton | Preliminary Injunction Answering Brief Due |
| County of Kitsap | Preliminary Injunction Answering Brief Due |
| City of Rohnert Park | Preliminary Injunction Answering Brief Due |
| City of San Jose | Preliminary Injunction Answering Brief Due |
| City of Portland | Preliminary Injunction Answering Brief Due |
| County of Pierce | Preliminary Injunction Answering Brief Due |

| | |
|---|---|
| City of Cambridge | Preliminary Injunction Answering Brief Due |
| City of Culver City | Preliminary Injunction Answering Brief Due |
| City of Tacoma | Preliminary Injunction Answering Brief Due |
| City of New York | Preliminary Injunction Answering Brief Due |
| City of Nashville | Preliminary Injunction Answering Brief Due |
| City of Wilsonville | Preliminary Injunction Answering Brief Due |
| City of Olympia | Preliminary Injunction Answering Brief Due |
| City of San Diego | Preliminary Injunction Answering Brief Due |
| County of Dane | Preliminary Injunction Answering Brief Due |
| City of Tucson | Preliminary Injunction Answering Brief Due |
| Culver City Housing Authority | Preliminary Injunction Answering Brief Due |
| City and County of San Francisco | Preliminary Injunction Answering Brief Due |
| City of Eugene | Preliminary Injunction Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

Mediation Questionnaire is available here. More information about the Mediation Program is available here.

If the opening brief is not filed by the deadline, the court may dismiss this case. *See* 9th Cir. R. 42-1.