UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br>      *Defendants-Appellants*, <br><br> v. <br><br> CITY OF BOTHELL, et al. <br><br>      *Plaintiffs-Appellees*. | No. 26-1689 <br><br> JOINT MOTION FOR A STAY OF APPELLATE PROCEEDINGS |

Pursuant to Federal Rule of Appellate Procedure 27 and Circuit Rule 27-1, the parties jointly move for a stay of appellate proceedings in this appeal, No. 26-1689, pending the Court's resolution of the related appeal, No. 25-3664, which arises from the same district court case.

On June 3, 2025, the district court entered a preliminary injunction prohibiting certain Defendants-Appellants from enforcing specified conditions on federal grant funding against a subset of Plaintiffs-Appellees ("the First PI"). Those Defendants-Appellants appealed the First PI, and that appeal, No. 25-3664, was argued on February 9, 2026 and is awaiting decision.

On August 12, 2025, the district court entered a second preliminary injunction ("the Second PI"), which expanded the relief granted in the First PI to additional plaintiffs, additional defendants, and additional grant programs. Defendants-Appellants filed a second appeal, No. 25-6428, challenging the Second PI. The Court granted the parties' joint motion to stay proceedings in the second appeal, No. 25-6428, pending resolution of the first appeal, No. 25-3664. *See* Dkt. 7.1, No. 25-6428 (Nov. 21, 2025).

On January 21, 2026, the district court entered a third preliminary injunction ("the Third PI"), which expanded the relief granted in the Second PI to additional plaintiffs. Defendants-Appellants filed the instant appeal, No. 26-1689, challenging the Third PI. Defendants-Appellants' opening brief in this appeal is due April 17, 2026.

As in the appeal of the Second PI, good cause exists to stay this appeal pending the Court's resolution of the appeal of the First PI. All three appeals stem from the same district court proceedings and involve overlapping parties, facts, and legal issues. A stay will promote judicial economy and conserve resources.

The parties therefore respectfully request that the Court stay this appeal until the mandate issues in No. 25-3664.

DATED this 1st day of April, 2026.

PACIFICA LAW GROUP LLP

s/ Paul J. Lawrence
Paul J. Lawrence, WSBA #13557
Jamie Lisagor, WSBA #39946
Sarah S. Washburn, WSBA #44418
Meha Goyal, WSBA #56058
Galen Knowles, WSBA #59644
*Special Deputy Prosecutors*

401 Union Street, Suite 1600
Seattle, WA 98101
Tel: (206) 245-1700
Fax: (206) 245-1750
Paul.Lawrence@PacificaLawGroup.com
Jamie.Lisagor@PacificaLawGroup.com
Sarah.Washburn@PacificaLawGroup.com
Meha.Goyal@PacificaLawGroup.com
Galen.Knowles@PacificaLawGroup.com

*Attorneys for Plaintiffs-Appellees*

BRETT A. SHUMATE
  *Assistant Attorney General*
DANIEL TENNY

s/ Sarah N. Smith
SARAH N. SMITH
*Attorneys, Appellate Staff*
*Civil Division, Room 7533*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW Washington,*
*DC 20530*
*(202) 305-0173 Sarah.N.Smith@usdoj.gov*

*Attorneys for Defendants-Appellants*